NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

## ON MOTION

---

## ORDER

ePlus Inc. moves for leave to file a response to Lawson Software, Inc.'s reply in briefing on Lawson's motion for a stay, pending appeal, of the permanent injunction entered by the district court. Lawson opposes the additional briefing. ePlus replies.

Upon consideration thereof,

IT IS ORDERED THAT:

2

The motion is denied.

FOR THE COURT

**JUL 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
    Scott L. Robertson, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**JUL 1 4 2011**

**JAN HORBALY**
**CLERK**